## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MELISSA MCKEE, IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARIA BAKER; ELLIOT MCKEE; SAMUEL MCKEE; CHARLES MCKEE; and ANDREW MCKEE;<br><br>  Plaintiffs,<br><br>  v.<br><br>JASON BAKER and BAKER WEALTH MANAGEMENT, INC.,<br><br>  Defendants. | \_\_CV_____ |

### NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441, *et seq.*, Defendants, Jason Baker and Baker Wealth Management, Inc., remove to this Court the state court action described below.

1. On August 22, 2025, an action was commenced by Plaintiffs Melissa McKee, Elliot McKee, Samuel McKee, Charles McKee, and Andrew McKee ("Plaintiffs") in Anne Arundel County, Maryland, entitled *Melissa McKee, et al., v. Jason Baker and Baker Wealth Management, Inc.* ("State Court Action").

1

2. Defendants Jason Baker ("Mr. Baker") and Baker Wealth Management, Inc. ("BWM") (collectively, "Defendants") received notice of the State Court Action when they accepted service of the Complaint on August 25, 2025.

3. A copy of all process and pleadings served on Defendants are attached hereto as; **Docket Exhibit 1, Writ of Summons Exhibit 2, Complaint Exhibit 3, Civil Domestic Case Information Sheet Exhibit 4, Affidavit of Service Exhibit 5.**

4. This notice of removal is timely because Defendants are filing it within 30 days of their receipt of the initial pleading setting forth the claim for relief upon which this action is based. *See* 28 U.S.C. § 1446(b).

5. Defendants Mr. Baker and BWM are both represented by the same counsel and agree to remove the State Court Action to this Court.

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties have diverse citizenship and the amount in controversy exceeds $75,000. As such, removal is proper pursuant to 28 U.S.C. § 1441.

7. Plaintiffs and Defendants are citizens of different states.

8. Plaintiff Melissa McKee is a resident of Fairfax County, Virginia.

9. Plaintiff Elliot McKee is a resident of Fairfax County, Virginia.

10. Plaintiff Samuel McKee is a resident of Fairfax County, Virginia.

11. Plaintiff Charles McKee is a resident of Fairfax County, Virginia.

12. Plaintiff Andrew McKee is a resident of Fairfax County, Virginia.

13. Defendant Jason Baker is a resident of Mecklenburg County, North Carolina.

14. Defendant Baker Wealth Management, Inc. was incorporated in North Carolina and maintains its principal place of business there.

15. The matter in controversy exceeds the sum or value of $75,000.

16. The Complaint alleges that Mr. Baker "absconded with hundreds of thousands of dollars" that belong to Plaintiffs and requests damages "in excess of $75,000" and "punitive damages in an amount of $500,000" for each of the seven causes of action alleged. Compl. ¶¶ 20, 26, 31, 35, 40, 44, 50, 55.

17. The sum demanded in the initial pleading therefore exceeds $75,000, and thus, the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1446(c)(2).

18. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties have diverse citizenship and the amount in controversy exceeds $75,000.

19. Accordingly, removal is proper pursuant to 28 U.S.C. § 1441.

WHEREFORE, Defendants Mr. Baker and BWM respectfully request that this action be removed to the United States District Court for the District of Maryland, Northern Division.

This 27th day of August 2025.

                                             */s/   Michael N. Russo, Jr.*
                                             Michael N. Russo, Jr. Bar No. 07322
                                             888 Bestgate Road, Suite 215
                                             Annapolis, Maryland 21401
                                             410-216-4000
                                             Email: Russo@McKennaRusso.com

/s/ William R. Terpening
William R. Terpening
NC Bar No. 36418
*Pro Hac Vice Pending*
**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, NC 28202
terpening@terpeninglaw.com
(980) 265-1700
*Counsel for Jason Baker and*
*Baker Wealth Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441** was served upon all parties to this action through the Court's CM/ECF system and by U.S. Mail to the addresses listed below:

Thomas C. Costello
Anne L. Preston
COSTELLO LAW GROUP
409 Washington Avenue, Suite 410
Towson, Maryland 21204

Jonathon P. Kagan
Veronica J. Mina
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401

*Attorneys for Plaintiffs*

Submitted, this 27th day of August 2025.

/s/ William R. Terpening
William R. Terpening
