# Maryland Judiciary Case Search

EXHIBIT 1

NOTICE: Available

# Case Detail

## Case Information

Court System: **Circuit Court For Anne Arundel County - Civil**
Location: **Anne Arundel Circuit Court**
Case Number: **C-02-CV-25-002469**
Title: **Melissa McKee, et al. vs. Jason Baker, et al.**
Case Type: **Tort - Fraud**
Filing Date: **08/19/2025**
Case Status: **Open**

## Involved Parties Information

### Defendant

Name: **Baker, Jason**

Address: **10955 Winds Crossing Drive**
**Suite 100**
City: **CHARLOTTE**   State: **NC**   Zip Code: **28273**

### Plaintiff

Name: **McKee, Elliot**

Address: **15623 Jillians Forest Way**
City: **CENTREVILLE**   State: **VA**   Zip Code: **20120**

### Attorney(s) for the Plaintiff

Name: **KAGAN, JONATHAN PAUL**
Appearance Date: **08/19/2025**
Address Line 1: **Kagan Stern Marinello & Beard, LLC**
Address Line 2: **238 West Street**
City: **ANNAPOLIS**   State: **MD**   Zip Code: **21401**

### Plaintiff

Name: **McKee, Melissa**

Address: **15623 JILLIANS FOREST WAY**
City:       **CENTREVILLE**   State: **VA**   Zip Code: **20120**

### Attorney(s) for the Plaintiff

Name:                **Mina, Veronica**
Appearance Date: **08/19/2025**
Address Line 1:  **238 West Street**
City:                    **ANNAPOLIS**   State: **MD**   Zip Code: **21401**

Name:                **KAGAN, JONATHAN PAUL**
Appearance Date: **08/19/2025**
Address Line 1:  **Kagan Stern Marinello & Beard, LLC**
Address Line 2:  **238 West Street**
City:                    **ANNAPOLIS**   State: **MD**   Zip Code: **21401**

### Plaintiff

Name: **McKee, Andrew**

Address: **15623 Jillians Forest Way**
City:       **CENTREVILLE**   State: **VA**   Zip Code: **20120**

### Attorney(s) for the Plaintiff

Name:                **KAGAN, JONATHAN PAUL**
Appearance Date: **08/19/2025**
Address Line 1:  **Kagan Stern Marinello & Beard, LLC**
Address Line 2:  **238 West Street**
City:                    **ANNAPOLIS**   State: **MD**   Zip Code: **21401**

### Defendant

Name: **Baker Wealth Management, Inc.**

Address: **10955 Winds Crossing Drive**
              **Suite 100**
City:       **Charlotte**   State: **NC**   Zip Code: **28273**

### Plaintiff

Name: **McKee, Samuel**

Address: **15623 Jillians Forest Way**
City:       **Centreville**   State: **VA**   Zip Code: **20120**

#### Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **KAGAN, JONATHAN PAUL** |
| Appearance Date: | **08/19/2025** |
| Address Line 1: | **Kagan Stern Marinello & Beard, LLC** |
| Address Line 2: | **238 West Street** |
| City: | **ANNAPOLIS**   State: **MD**   Zip Code: **21401** |

#### Plaintiff

Name: **McKee, Charles**

Address: **15623 Jillians Forest Way**
City:    **CENTREVILLE**   State: **VA**   Zip Code: **20120**

#### Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **KAGAN, JONATHAN PAUL** |
| Appearance Date: | **08/19/2025** |
| Address Line 1: | **Kagan Stern Marinello & Beard, LLC** |
| Address Line 2: | **238 West Street** |
| City: | **ANNAPOLIS**   State: **MD**   Zip Code: **21401** |

# Document Information

| | |
|---|---|
| File Date: | **08/19/2025** |
| Document Name: | **Complaint / Petition** |
| Comment: | **Complaint and Demand for Jury Trial** |

| | |
|---|---|
| File Date: | **08/19/2025** |
| Document Name: | **Supporting Exhibit** |
| Comment: | **Exhibit 1 - Complaint and Demand for Jury Trial - Last Will and Testament of Marie Baker 3.20.18** |

| | |
|---|---|
| File Date: | **08/19/2025** |
| Document Name: | **Case Information Report Filed** |
| Comment: | **Civil Non-Domestic Case Information Sheet - McKee, et al. v. Baker, et al.** |

| | |
|---|---|
| File Date: | **08/19/2025** |
| Document Name: | **Attorney Appearance - No Fee** |
| Comment: | |

| | |
|---|---|
| File Date: | **08/23/2025** |
| Document Name: | **Summons Issued (Service Event)** |
| Comment: | **E-Serve Summons to ATTY Kagan, and Mina.** |

## Service Information

| Service Type | Issued Date |
| --- | --- |
| Summons Issued | 08/23/2025 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2025. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114