E-SERVED Anne Arundel Circuit Court 8/23/2025 10:49 AM EFiled: Anne Arundel Circuit Court
Docket: 8/23/2025 10:49 AM; Submission: 8/23/2025 10:49 AM
Envelope: 22625806
Case 1:25-cv-02865-SAG Document 1-1 Filed 09/02/25 Page 1 of 2



**CIRCUIT COURT FOR ANNE ARUNDEL COUNTY,**
**MARYLAND**

8 Church Circle, Annapolis, Maryland, 21401

Civil: 410-222-1431
Criminal: 410-222-1420
Juvenile: 410-222-1427
Trust/Adoption: 410-222-1331
TTY for Deaf: 410-222-1429
Maryland Relay Service: 711

**EXHIBIT 2**

**To:** JASON BAKER
10955 WINDS CROSSING DRIVE
SUITE 100
CHARLOTTE, NC 28273

Case Number:      C-02-CV-25-002469
Other Reference Number(s):
Child Support Enforcement Number:

**MELISSA MCKEE, ET AL. VS. JASON BAKER, ET AL.**

Issue Date: 8/23/2025

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

MELISSA MCKEE
15623 JILLIANS FOREST WAY
CENTREVILLE, VA  20120

This summons is effective for service only if served within 60 days after the date it is issued.

*Scott A. Poyer*

Scott A. Poyer
Clerk of the Circuit Court

To the person summoned:
     Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
     Personal attendance in court on the day named is NOT required.
     It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN
### (please print)

To: JASON BAKER

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
                                          Name of person served

on _____ at _____
          Date of service                                        Location of service

_____ by _____ with the following:
          Date of service                            Manner of service

☐ Summons                              ☐ Counter-Complaint
☐ Complaint                            ☐ Domestic Case Information Report
☐ Motions          _____     ☐ Financial Statement
☐ Petition and Show Cause Order        ☐ Interrogatories
☐ Other _____
                        Please specify

(2) Was unable to serve because:
          ☐ Moved left no forwarding address    ☐ No such address
          ☐ Address not in jurisdiction          ☐ Other _____
                                                              Please specify

Sheriff fee: $ _____    ☐ waived by _____

          _____    _____
                  Date                Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).