| | |
|---|---|
| **MELISSA MCKEE, IN HER CAPACITY AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF MARIA BAKER,** *et al.* | IN THE |
| | CIRCUIT COURT FOR |
| *Plaintiffs*, | ANNE ARUNDEL COUNTY |
| v. | MARYLAND |
| **JASON BAKER,** *et al.* | CASE NO.: C-02-CV-25-002469 |
| *Defendants*. | |

## AFFIDAVIT OF SERVICE FOR DEFENDANTS
## JASON BAKER AND BAKER WEALTH MANAGEMENT, INC.

I, Veronica J. Mina, am at least 18 years of age competent to testify, and am not a party to this action.

1. I am co-counsel for Plaintiffs Melissa McKee, in her capacity as the Personal Representative of the Estate of Maria Baker, Elliott McKee, Samuel McKee, Charles McKee and Andrew McKee (collectively, "Plaintiffs"), in the above-captioned matter.

2. On or about August 19, 2025, the Complaint in the above-captioned matter was filed.

3. On or about August 25, 2025, counsel for Defendants Jason Baker and Baker Wealth Management, Inc. (collectively, "Defendants"), William Terpening, Esq., confirmed that he was authorized to accept service on behalf of Defendants following issuance of the Writ of Summons.

4. On or about August 25, 2025, a copy of the Writs of Summons issued to Defendants, the Complaint and Demand for Jury Trial, and the Civil Non-Domestic Case Information Sheet, was sent via email to counsel for Defendants, wherein counsel for Plaintiffs confirmed that counsel for Defendants agreed to accept service of the aforementioned documents in this matter via email.

5. On or about August 25, 2025, counsel for Defendants confirmed acceptance of service of the Writs of Summons issued to Defendants, the Complaint and Demand for Jury Trial, and the Civil Non-Domestic Case Information Sheet.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

Dated:  August 25, 2025

*/s/ Veronica J. Mina*
Veronica J. Mina, AIS No. 2112150009
KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, Maryland 21401
Phone:         (410) 216-7900
Facsimile:    (410) 705-0836
Email:         kagan@kaganstern.com
Email:         mina@kaganstern.com

*Co-Counsel for Plaintiffs*
*Melissa McKee, in her capacity as Personal Representative of the Estate of Maria Baker, Elliott McKee, Samuel McKee, Charles McKee, and Andrew McKee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of August, 2025, a copy of the foregoing Affidavit of Service was filed via MDEC and served via electronic mail, on the following:

>William R. Terpening, Esquire
>Connor Reid, Esquire
>TERPENING LAW, PLLC
>221 West Eleventh Street
>Charlotte, N.C. 28202
>Phone:      (980) 265-1700
>Facsimile:  (980) 265-1729
>Email:      terpening@terpeninglaw.com
>Email:      reid@terpeninglaw.com
>
>*Counsel for Defendants*
>*Jason Baker and Baker Wealth Management, Inc.*

>*/s/ Veronica J. Mina*
>Veronica J. Mina, AIS No. 2112150009